LM 10:30a.m.

RECEIVED
FEB 16 2017
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

FILED
FEB 14 2017
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**Michael G. Kasolas**
Chapter 7 Trustee
PO Box 26650
San Francisco CA 94126-6650
(415) 504-1926

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re:

**KWAPNOSKI, CHRISTINE MARIE**

Debtor(s)

Case No. **08-43501 CN**

Chapter 7

**TURNOVER OF UNCLAIMED DIVIDEND(S)**
[Bankruptcy Rule 3011]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number 160 in the amount of $7,429.83 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividend(s) are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 7I | CHASE BANK<br>ATTN BANKRUPTCY DEPT<br>POB 15298<br>WILMINGTON DE 19850-5298 | $38.03 | $38.03 |
| 8 | GEMB/MERVYNS<br>ATTN BANKRUPTCY<br>POB 103106<br>ROSWELL GA 30076 | $113.00 | $113.00 |
| 9 | DONALD ANDERSON ESQ<br>1990 N CALIFORNIA BLVD #650<br>WALNUT CREEK CA 94596 | $1,000.00 | $1,000.00 |
| 10 | GEMB / SAMS CLUB<br>ATTN: BANKRUPTCY<br>POB 103106<br>ROSWELL GA 30076 | $141.00 | $141.00 |

| | | | |
|---|---|---|---|
| 16 | WASHINGTON MUTUAL<br>/ PROVIDIAN<br>ATTN: BANKRUPTCY DEPT<br>POB 10467<br>GREENVILLE SC 29603 | $6,110.00 | $6,110.00 |
| 16I | WASHINGTON MUTUAL<br>/ PROVIDIAN<br>ATTN: BANKRUPTCY DEPT<br>POB 10467<br>GREENVILLE SC 29603 | $27.80 | $27.80 |
| | | TOTAL UNCASHED DIVIDENDS | $7,429.83 |

Dated: February 7, 2017

Michael G. Kasolas, TRUSTEE